UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:

Robert Kenneth and Cynthia Ann Mann

CASE NO. 97-16108
Chapter 13

**DEBTOR**

---

## ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Lawyer Credit Union, in the amount of $4,711.53 was not charged against the bank account of the debtor's estate within the 90-day limit pursuant to 11 U.S.C. § 347 and an unclaimed money report was entered to close the account and transfer the monies into the registry of the Clerk, United States Bankruptcy Court, and

It further appearing that a motion for the Recovery of Unclaimed Funds having been filed pursuant to Local Bankruptcy Rule 3011-1, said motion having been served on the US Trustee and the US Attorney for the Eastern District of Virginia and there being no objections filed, it is further appearing that Robert Kenneth and Cynthia Lott f/k/a Cynthia Ann Mann now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $4,711.53, to:

Robert Kenneth and Cynthia Lott f/k/a Cynthia Ann Mann
c/o Tommy Andrews Jr., P.C.
Attn: Tommy Andrews, Jr.
122 North Alfred Street
Alexandria, VA 22314

Date: Jun 24 2013

/s/ Brian F. Kenney

**Honorable Brian F. Kenney**
United States Bankruptcy Judge

EOD 6/24/2013 sas

Application Submitted by:

Date: 6/6/13          Respectfully Submitted: /s/ Tommy Andrews, Jr.
Tommy Andrews, Jr., Esq. #28544
Tommy Andrews, Jr. P.C.
122 North Alfred Street
Alexandria, Virginia 22314
(703)838-9004

Tommy Andrews, Jr. #28544
Derek Bathrick # 46648
Marcelo Michel # 47818
Tetiana Zhmachenko #77501
TOMMY ANDREWS JR., P.C.
122 North Alfred Street
Alexandria, Virginia 22314
703-838-9004